# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TERESA HUDSON**                                                                                   **PLAINTIFF**

**V.**                                              **4:23CV01147  JM**

**STATE FARM FIRE AND CASUALTY COMPANY**                            **DEFENDANT**

## ORDER

The parties' joint motion to dismiss with prejudice is GRANTED.  (Docket # 19).  This case is hereby dismissed with prejudice.  The Clerk of the Court is directed to close the case.

IS SO ORDERED this 22nd  day of November, 2024.

_____
James M. Moody Jr.
United States District Judge